IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN GROOMS                                                                                   PETITIONER

v.                                                                                       No. 1:20CV7-DMB-DAS

STATE OF MISSISSIPPI                                                                         RESPONDENT

AND

JOHN GROOMS                                                                                   PETITIONER

v.                                                                                      No. 1:20CV36-SA-JMV

STATE OF MISSISSIPPI                                                                         RESPONDENT

ORDER CONSOLIDATING THIS CASE WITH
*GROOMS V. STATE OF MISSISSIPPI,* 1:20CV7-DMB-DAS

The court takes up, *sua sponte*, the consolidation of this case with *Grooms v. State of Mississippi,* 1:20CV7-DMB-DAS. The petitioner has challenged the calculation of his sentence regarding the same conviction the instant petition for a writ of *habeas corpus* and one he filed in this court previously: *Grooms v. State of Mississippi,* 1:20CV7-DMB-DAS. In both petitions, Mr. Grooms challenges his sentence imposed in *State of Mississippi v. Grooms*, CR2018-175 in the Circuit Court of Prentiss County, Mississippi. The Clerk of the Court is DIRECTED to CONSOLIDATE these two cases, leaving the earlier-filed action as the lead case.

SO ORDERED, this, the 18th day of May, 2020.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE