IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHN GROOMS** **PETITIONER**

**V.** **NO. 1:20-CV-7-DMB-DAS**

**STATE OF MISSISSIPPI** **RESPONDENT**

consolidated with

**JOHN GROOMS** **PETITIONER**

**V.** **NO. 1:20-CV-36-DMB-DAS**

**STATE OF MISSISSIPPI** **RESPONDENT**

## FINAL JUDGMENT

In accordance with the order entered this day, John Grooms' petition for a writ of habeas corpus is **DISMISSED without prejudice**.

**SO ORDERED**, this 8th day of October, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**